## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION – CINCINNATI

| | | |
|---|---|---|
| Huey Gowdy, | : | |
| Petitioner, | : | Case No. 1:01CV00235 |
| v. | : | Judge Arthur S. Spiegel |
| Harry K. Russell, Warden, | : | Magistrate Judge Sherman |
| Respondent. | : | |

### NOTICE OF SUBSTITUTION OF COUNSEL

Now comes Respondent Harry K. Russell and hereby notifies the Court and Petitioner's Counsel of the substitution of Assistant Attorney General Stuart A. Cole as trial attorney in place of Assistant Attorney General Stuart W. Harris, effective immediately. All pleadings and correspondence should he hereafter directed to Mr. Cole at the address and telephone number set forth below.

Respectfully submitted,

Jim Petro    (0022096)
Attorney General

/s/Stuart A. Cole
Stuart A. Cole    (0020237)
Assistant Attorney General
Corrections Litigation Section
150 East Gay St., 16th Floor
Columbus, Ohio    43215
614/644-7233
614-728-9327 – Fax
scole@ag.state.oh.us

2

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing **Notice of Substitution of Counsel** was electronically sent to Theresa Gale Haire, Esq., Ohio Public Defender's Office, 8 East Long St., 11th Floor, Columbus, Ohio 43215-0587, via regular U.S. mail on this 21st day of November, 2003.

/s/Stuart A. Cole
Stuart A. Cole
Assistant Attorney General