IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Huey L. Gowdy,                                    :
                                                 :
              Plaintiff(s)                        :
                                                 :   Case Number: 1:01-cv-00235
       vs.                                        :
                                                 :   Senior District Judge S. Arthur Spiegel
Harry K. Russell, Warden                          :
                                                 :
              Defendant(s)                        :

JUDGMENT IN A CIVIL CASE


       Decision by Court: This action came to trial or hearing before the Court. The issues have
been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

. . . Accordingly, the Magistrate Judge's Report and Recommendation (doc. 8) is hereby
ADOPTED IN ITS ENTIRETY. Gowdy's Petition for Writ of Habeas Corpus (doc. 1) is
DISMISSED WITH PREJUDICE. The Court DECLINES to issue a certificate of appealability
pursuant to 28 U.S.C. § 2253(c).  The Court hereby CERTIFIES pursuant to 28 U.S.C. §
1915(a)(3) that any appeal of this Order may not be taken in good faith. Leave to proceed in
forma pauperis on appeal of this Order is therefore DENIED.


3/30/05                                    James Bonini, Clerk


                                           s/Kevin Moser_____
                                           Kevin Moser
                                           Deputy Clerk