UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| Huey L. Gowdy, | : | Case No. C1-01-235 |
|    Petitioner, | : | |
| -vs- | : | Judge Spiegel |
| Harry Russell, Warden, | : | Magistrate Judge Sherman |
|    Respondent. | : | |

---

**PETITIONER HUEY L. GOWDY'S NOTICE OF APPEAL**

---

Notice is hereby given that Petitioner-Appellant Huey Gowdy appeals to the United States Court of Appeals for the Sixth Circuit from the final judgment denying his petition for writ of habeas corpus entered in this action on March 30, 2005.

Respectfully submitted,

DAVID H. BODIKER (0016590)
OHIO PUBLIC DEFENDER


 /s/ Theresa G. Haire_____
THERESA G. HAIRE (0020012)
Assistant State Public Defender
Office of the Ohio Public Defender
8 East Long Street - 11th Floor
Columbus, Ohio  43215
(614) 466-5394 (614) 752-5167 (Fax)
t.g.haire@opd.state.oh.us

Trial Counsel for Petitioner Huey Gowdy

## CERTIFICATE OF SERVICE

I hereby certify that on April 28, 2005, a copy of the foregoing Petitioner Huey Gowdy's Notice of Appeal was electronically filed. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                           /s/ Theresa G. Haire_____
                                                          Theresa G. Haire
                                                          Assistant State Public Defender

                                                          Trial Counsel for Petitioner Huey Gowdy