## TRANSMISSION FORM

| | |
|---|---|
| District Court: **Southern District of Ohio** | APPEAL INFORMATION to be completed by the Sixth Circuit |
| District Court Case No: 1:01-cv-235 | Court of Appeals Case No: |
| SHORT CAPTION | |
| | Case Manager: |
| Huey L Gowdy | |
| Plaintiff/Petitioner | Date Filed: |
| vs. | |
| Warden Harry K Russell | |
| Defendant/Respondent | |
| *provide pro se address IF NOT on the docket sheet | |
| District Court Judge: S. Arthur Spiegel | Anything That Needs Special Attention |
| Court Reporter(s): | |
| From Deputy Clerk: s/Scott M. Lang | |
| Date: 11/18/05 | |
| $255.00 Appeal Filing Fee Paid? | |

### RECORD TRANSMISSION

I hereby certify that I have transmitted to the United States Court of Appeals for the Sixth Circuit the annexed documents consisting of:

Pleading(s) (**including the pre-sentence report psi**)    Volume(s) **3**

Deposition(s)    Volume(s)         Exhibit(s)    Volume(s)

Transcript(s)    Volume(s)         **Sealed**    Volume(s)

**Please indicate if this is a supplemental record:

which constitutes the CERTIFIED RECORD ON APPEAL, this

Clerk: _____James Bonini_____
United States District Court