No. 05-3542

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| HUEY L. GOWDY, | ) | **FILED** |
| Petitioner-Appellant, | ) | JAN 1 0 2006 |
| v. | ) ORDER | LEONARD GREEN, Clerk |
| HARRY K. RUSSELL, Warden, | ) | |
| Respondent-Appellee. | ) | 1:01-cv-235 |

    Huey L. Gowdy, an Ohio prisoner represented by counsel, appeals the district court's judgment dismissing his petition for a writ of habeas corpus. *See* 28 U.S.C. § 2254. Gowdy has filed an application for a certificate of appealability with this court. *See* Fed. R. App. P. 22(b)(1). Petitioner has also moved to proceed in forma pauperis on appeal.

    To obtain a certificate of appealability, Gowdy must "demonstrat[e] that jurists of reason could disagree with the district court's resolution of his constitutional claims or that jurists could conclude the issues presented are adequate to deserve encouragement to proceed further." *Banks v. Dretke*, 540 U.S. 668, 705 (2004) (citation and internal quotation marks omitted).

    Upon review, the court concludes that Gowdy has failed to make a showing that reasonable jurists could disagree with the district court's resolution of his equal protection and ineffective assistance of counsel claims.

    Accordingly, Gowdy's motion to proceed in forma pauperis is granted, and his application for a certificate of appealability is denied.

ENTERED BY ORDER OF THE COURT

*Leonard Green*
Clerk

# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

**LEONARD GREEN**
**CLERK**

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

**MS. MICHELLE M. DAVIS**
(513) 564-7025
(FAX) 564-7098
www.ca6.uscourts.gov

Filed: January 10, 2006

Theresa G. Haire
Public Defender's Office
Ohio Public Defender Commission
8 E. Long Street
Suite 1100
Columbus, OH  43215-2998

Jonathan R. Fulkerson
Office of the Attorney General
Health & Human Services Section
30 E. Broad Street
26th Floor State Office Tower
Columbus, OH  43215-3428

RE: 05-3542
    Gowdy vs. Russell

   Enclosed is a copy of an order which was entered today in the above-styled case.

Leonard Green, Clerk

(Ms.) Michelle M. Davis
Case Manager

Enclosure

cc:
    Mr. James Bonini