F I L E   C O P Y

**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT
100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

**LEONARD GREEN**
**CLERK**

**SCOTT J. SWEARINGEN**
**(513) 564-7047**
**www.ca6.uscourts.gov**

Filed: April 13, 2006

James Bonini
Southern District of Ohio at Cincinnati
100 E. Fifth Street
Suite 103 Potter Stewart U.S. Courthouse
Cincinnati, OH 45202

RE: 05-3542
Gowdy vs. Russell
District Court No. 01-00235

Dear Clerk:

Enclosed please find:

The CERTIFIED RECORD RETURNED to lower court at the end of
appellate proceedings. [05-3542] . Volumes included: 3  Pl;

Please acknowledge receipt of the certified record on the attached
copy of this letter and return it to this office.

_Name and Title of Authorized Agent for_
the District Court or Government Agency

_4/17/06_
Date

Very truly yours,
Leonard Green, Clerk

Scott J. Swearingen
Records Management Deputy